# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

Malibu Media, LLC                              *

                                         *

        Plaintiff,                              *

        v.                                       *        Civil No.: 13-cv-03010

John Doe (IP Address: 108.48.117.20)        *

        Defendant.                              *

*       *       *       *       *       *       *       *       *       *       *       *       *

## NOTICE OF ENTRY OF APPEARANCE

Mr. or Ms. Clerk,

Please enter my appearance as counsel for the Defendant in the above captioned matter.

*Christina Boffen*

Christina N. Boffen, Esq.
The Law Office of Christina N. Boffen
216 Crain Hwy North
Suite 202A
Glen Burnie, MD 21061
cboffen@gmail.com
(410) 718-2929